Jarrad C. Miller, Esq. (NV Bar No. 7093)
Jonathan J. Tew, Esq. (NV Bar No. 11874)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 329-5600
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OCEANA CAPITOL GROUP LIMITED, <br><br> Plaintiff, <br><br> vs. <br><br> RED GIANT ENTERTAINMENT, INC., a Nevada Corporation <br><br> Defendant. | Case No.: <br><br> **DEMAND FOR JURY** |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff OCEANA CAPITAL GROUP LIMITED ("Plaintiff" or "Oceana Capital"), files this Original Complaint against RED GIANT ENTERTAINMENT, INC. ("Defendant"), and alleges as follows:

**I.  PREFACE**

1. This action is filed to recover damages from Defendant based on Defendant's breach of contract and failure to pay debts currently due and owing to Plaintiff.

**II.  PARTIES**

2. Plaintiff Oceana Capitol Group Limited is a British Virgin Islands business company ("Plaintiff").

3. Defendant Red Giant Entertainment, Inc. is a Nevada corporation with its principal place of business in Clermont, Florida ("Defendant"). Defendant may be served through its registered agent Laughlin Associates, Inc. at 9120 Double Diamond Parkway, Reno, Nevada 89521.

## III. VENUE AND JURISDICTION

4. This Court has original jurisdiction over this proceeding pursuant to 28 U.S.C. §1332(a)(2). Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1).

5. There is complete diversity of citizenship between Plaintiff and Defendant.

6. Plaintiff is a citizen of the British Virgin Islands. Plaintiff's principal place of business is in Tortola, British Virgin Islands.

7. Defendant is a Nevada corporation with its principal place of business in Clermont, Florida.

8. This Court has subject matter jurisdiction over the controversy because the damages are within the jurisdictional limits of the Court. Plaintiff seeks damages over $75,000, including penalties, costs, expenses, pre-judgment interest and attorney's fees.

## IV. CONDITIONS PRECEDENT

9. All conditions precedent to filing this suit have been satisfied.

## V. BACKGROUND FACTS/CAUSES OF ACTION

### Count I: Breach of Contract – Collections Case

10. Plaintiff repeats and re-alleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

11. Plaintiff entered into Receivable Purchase Agreements ("RPAs") with creditors of Defendant ("Creditors").

12. Pursuant to the RPAs, the Creditors sold, transferred and assigned to Plaintiff all rights to payment against Defendant. Accordingly, Plaintiff is the rightful owner of such obligations owed by Defendant, as represented by the purchased claims.

13. There is presently due and owing from Defendant to Plaintiff the full and entire claim amount, which Defendant did not pay to the Creditors and has not paid to Plaintiff.

14. As a direct and proximate result of Defendant's failure to make payments owed, Defendant is indebted to Plaintiff in the claim amount, inclusive of pre-judgment interest and allowable costs and attorneys' fees.

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

COMPLAINT
PAGE 2

## VI. JURY DEMAND

15. Plaintiff demands a trial by jury.

## VII. PRAYER

16. Plaintiff respectfully requests that Defendant be summoned to answer this Complaint, that the case be tried before a jury, and that upon final judgment, Plaintiff recover its damages as alleged herein, including its actual damages, pre-judgment and post-judgement interest on the claim amount as allowed by law, and its costs and expenses of suit, including reasonable attorney's fees. Plaintiff prays for such other and further relief to which it may be justly entitled.

RESPECTFULLY SUBMITTED this 20th day of August, 2015.

>ROBERTSON, JOHNSON,
>MILLER & WILLIAMSON
>50 West Liberty Street, Suite 600
>Reno, Nevada  89501
>
>
>By: /s/ *Jarrad C. Miller*
>     Jarrad C. Miller, Esq.
>     Attorney for Plaintiff